of New York, Respondents. (Proceeding of 1900.) — Order affirmed, with costs and disbursements. No opinion.

The People of the State of New York ex rel. William Rhinelander, Lispenard. Stewart, as Executors and Trustees of the Estate of William C. Rhinelander, Deceased, and Others, Appellants, v. Thomas L. Feitner and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Proceeding of 1901.) — Order affirmed, with costs and disbursements. No opinion.

The People of the State of New York ex rel. David W. Bishop, Jr., Appellant, v. Thomas L. Feitner and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Proceeding of 1901.) — Order affirmed, with costs and disbursements. No opinion.

In the Matter of the Transfer Tax upon the Estate of Andrew Turney, Deceased. Comptroller of the State of New York, Appellant; Thomas Fenton Taylor, as Trustee under the Will of Henry Turney, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Houghton, J., dissenting.)

Susie B. Tatler, Respondent, v. American Surety Company, Impleaded, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Robert A. Beatty, Respondent, v. John B. Ireland and Adelia Duane Ireland, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Robert A. Beatty, Respondent, v. John B. Ireland and Adelia Duane Ireland, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Robert A. Beatty, Respondent, v. John B. Ireland and Adelia Duane Ireland, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Henry A. Koelsch, Respondent, v. James C. Bushby, Appellant, and Lancelot M. Berkeley, Attorneys.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ideal Paper Company, Respondent, v. Eastern New York Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Standard Fashion Company of New York, Respondent, v. Junction Dry Goods Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Willis Steell, Appellant, v. Julius Steger and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James Dougherty, by His Guardian ad Litem, John Dougherty, Respondent, v. D. C. Weeks & Son, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John W. Cooney, Appellant, v. Jonas M. Kilmer and Willis Sharpe Kilmer, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.